IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THOMAS HARPER, M.D., <br> Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. 2:08-cv-111 |
| SUN LIFE ASSURANCE COMPANY OF CANADA, <br> Defendant. | § § § § | |

## STIPULATION OF DISMISSAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Thomas Harper, M.D., Plaintiff in the above-styled and numbered civil action, and stipulates that Plaintiff wishes to dismiss this cause of action against Defendant Sun Life Assurance Company of Canada.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Thomas Harper, M.D., stipulates that the above-numbered and entitled civil action is dismissed and that all costs of Court be paid by the party incurring same.

Respectfully submitted,

ADKERSON, HAUDER & BEZNEY, P.C.

BY: _____/s/ Bernie E. Hauder_____
BERNIE E. HAUDER
State Bar No. 09233600
1400 Bryan Tower
2001 Bryan Street
Dallas, Texas 75201-3005
214-740-2500 - Telephone
214-740-2501 – Facsimile
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on this, the 14th day of May, 2009, a true and correct copy of the above and foregoing document has been forwarded to the counsel of record, as indicated below:

| | |
|---|---|
| Anne P. Terwilliger<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C<br>8117 Preston Road, Suite 700<br>Dallas, Texas 75225 | _XX_ Via E-Filing<br>____ Via Hand Delivery<br>____ Via Certified Mail  Return Receipt Requested<br>____ Via Facsimile<br>____ Via Regular Mail |
| Eric Mathisen<br>Mark Schmidtke<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C<br>Two First National Plaza, 25th Floor<br>20 S. Clark Street<br>Chicago, IL 60603 | _XX_ Via E-Filing<br>____ Via Hand Delivery<br>____ Via Certified Mail  Return Receipt Requested<br>____ Via Facsimile<br>____ Via Regular Mail |

/s/ Bernie E. Hauder
BERNIE E. HAUDER