IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THOMAS HARPER, M.D., <br> Plaintiff, | § § § | |
| vs. | § | CIVIL ACTION NO. 2:08-cv-111 |
| SUN LIFE ASSURANCE COMPANY <br> OF CANADA, <br> Defendant. | § § § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be considered the Plaintiff's Stipulation of Dismissal with Prejudice Pursuant to Fed.R.Civ.P. 41(A)(1)(ii) to Dismiss the above-styled and numbered civil action as the Parties have settled their claims. The Court after considering same finds that the civil action should be **DISMISSED.**

**IT IS, THEREFORE, ORDERED** that the above-styled and numbered civil action as to Defendant is hereby **DISMISSED** with prejudice to the rights of the parties to refile same or any part thereof, or to assert any claim that could have been brought herein, or any part thereof, and that all costs of Court be paid by the Party incurring same.